IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

**CARL JAMES DUNKLIN,**

    Plaintiff,

v.

**COSTCO WHOLESALE CORPORATION,**          CIVIL DIVISION

    Defendant.                                  CASE NO.:

_____/

## COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

The Plaintiff, CARL JAMES DUNKLIN, by and through the undersigned counsel, hereby sues the Defendant, **COSTCO WHOLESALE CORPORATION**, and alleges:

1. This is an action for damages which exceeds Thirty Thousand Dollars ($30,000.00) exclusive of interest and costs, and otherwise within this Court's jurisdictional limits.

2. At all times material hereto, the Plaintiff, **CARL JAMES DUNKLIN,** was and is a resident of Palm Beach County, Florida, and is otherwise *sui juris*.

3. At all times material hereto, the Defendant, **COSTCO WHOLESALE CORPORATION**, was and is a foreign corporation doing business in Palm Beach County, Florida.

4. Venue is proper in this County in that the Defendant does business in Palm Beach County, Florida, and/or all of the acts complained of herein occurred in Palm Beach County, Florida.

5. That on or about December 23, 2019, the Plaintiff, **CARL JAMES DUNKLIN,** was a business invitee of the Defendant, **COSTCO WHOLESALE CORPORATION,** at its premises located at 11001 Southern Boulevard, in Royal Palm Beach, Florida.

**EXHIBIT 1**

6. That at all times material hereto, and specifically on December 23, 2019, Defendant, **COSTCO WHOLESALE CORPORATION**, owned, managed, controlled, operated, and/or maintained the premises located at 11001 Southern Boulevard, in Royal Palm Beach, Florida.

7. That on or about December 23, 2019, the Plaintiff, **CARL JAMES DUNKLIN**, was lawfully present at Defendant's premises when he slipped and fell in smashed fruit.

8. That the Defendant owed to its business invitees a duty to provide a reasonably safe environment.

9. That the Defendant, its agents, servants or employees, breached its duty owed to the Plaintiff by negligently maintaining its premises in the following manner:

   a. By failing to maintain the floor of the premises in a reasonably safe condition, to wit, allowing smashed fruit and/or other substances to accumulate on the floor, and to prevent dangerous conditions from occurring; and/or

   b. By failing to warn of the dangerous condition that existed at the time of the Plaintiff's incident; and/or

   c. Failing to place barricades, wet floor signs, or other marking devices utilized to alert customers such as the Plaintiff of the dangerous condition that existed at the time of Plaintiff's incident; and/or

   d. By failing to remove said smashed fruit or other similar substance from the floor of the premises; and/or

EXHIBIT 1

  e. By failing to correct the hazardous condition of the premises when the Defendant knew or should have known that the general public visits said premises and specifically the Plaintiff herein; and/or

  f. Was otherwise negligent in the care, maintenance, and upkeep of the premises, and specifically by allowing a smashed fruit and/or a similar substance to be left on the floor of the premises so as to cause the Plaintiff's injury.

10. That the Defendant knew or in the exercise of reasonable care should have known of the existence of the dangerous condition which constituted a hazard to the Plaintiff, and the condition had existed for a sufficient length of time that the Defendant knew or should have known of the condition and could have easily remedied it; and/or

11. That the hazardous and dangerous condition which constituted a hazard to the Plaintiff occurred with such frequency that Defendant should have known of its existence.

12. As a direct and proximate result of the aforementioned negligence of the Defendant, **COSTCO WHOLESALE CORPORATION**, the Plaintiff, **CARL JAMES DUNKLIN**, sustained severe, grievous and permanent injuries, physical and mental pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, loss of earnings and impairment of earning capacity and/or permanent aggravation of a pre-existing condition, and further incurred hospital bills, medical bills, and/or other bills as a result of said injuries; said injuries are either permanent or continuing in their nature and the Plaintiff, **CARL JAMES DUNKLIN** will suffer the losses into the future.

EXHIBIT 1

WHEREFORE, Plaintiff, **CARL JAMES DUNKLIN**, hereby demands judgment for damages, costs and interest from the Defendant, **COSTCO WHOLESALE CORPORATION,** together with any additional relief this Court deems just and proper.

### DEMAND FOR JURY TRIAL

The Plaintiff, **CARL JAMES DUNKLIN,** hereby demands trial by jury of all issues so triable as a matter of right.

Dated: <u>April 21, 2021.</u>

> **RUBENSTEIN LAW, P.A.**
> Attorneys for Plaintiff
> 250 S. Australian Ave
> Suite 1000
> West Palm Beach, FL 33401
> Phone: (305) 661-6000
> Fax: (305) 670-7555
> Email: meranda@rubensteinlaw.com
>         icollado@rubensteinlaw.com
>         eservice@rubensteinlaw.com
>
> By:   /s/ *Meranda Reifschneider*
>         **MERANDA REIFSCHNEIDER**
>         Florida Bar No.: 091970

**EXHIBIT 1**